

```
FILED

DEC 2 1 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    )   Case No. 05-35876-C-7
                                         )
WILLIAM LEE and                          )   MC. No. MET-1
SHARON LEE,                              )
                                         )
            Debtors.                     )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014. Evidence was taken pursuant to Federal Rule of Civil Procedure 43(e), as incorporated by Federal Rule of Bankruptcy Procedure 9017 and as invoked by Local Bankruptcy Rule 9014(e). Upon review of the record, the court determined that the written record was adequate and that no oral argument was necessary.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

Debtors filed their voluntary chapter 7 petition on October 12, 2005.  They scheduled a 2003 Honda Odyssey EX Minivan 4D ("the vehicle") as property of the estate.  The vehicle was scheduled as exempt in the approximate amount of $0.  The chapter 7 trustee filed a report finding that there was no property available for distribution from the estate over and above that exempted by debtors.

On November 10, 2005, American Honda Finance Corporation("movant") filed a motion, notice, and declaration requesting that this court terminate the automatic stay to permit movant to repossess the vehicle.  The Kelley Blue Book median value of the vehicle is approximately $21,857.50.  Movant holds a lien on the vehicle in the approximate amount of $22,883.80.

The court notes that movant served the motion, notice, and declaration to debtors and debtors' attorney at incorrect addresses.  Movant served debtors at "9086" Brown Road, in Elk Grove, California.  Debtors' correct address is "9087" Brown Road, in Elk Grove, California.  Movant served debtors' attorney at "1656" River Park Drive #A, in Sacramento, California.  Debtors' attorney is located at "1565" River Park Drive #A, in Sacramento, California.


<u>Conclusions of Law</u>

The automatic stay of acts against debtors <u>in</u>

personam and of acts against property other than property of
the estate continues until the earliest of the time when the
bankruptcy case is closed, dismissed, or an individual in a
chapter 7 case is granted a discharge.  11 U.S.C. § 362(c).

The automatic stay may be terminated earlier if
debtors fail to protect the secured party's interest
adequately, § 362(d)(1), and, with respect to a stay of an act
against property, debtors do not have equity in the property, §
362(d)(2)(A), and the property is not necessary to an effective
reorganization.  11 U.S.C. § 362(d)(2)(B).  The issue of
whether the property is necessary to an effective
reorganization is not considered in a chapter 7 case because no
reorganization is contemplated in a chapter 7 case.

In this instance, debtors have not been given an
appropriate due process opportunity to oppose the motion
because movant served debtors and debtors' attorney at the
incorrect addresses.  Accordingly, the motion will be denied as
to debtors.

The motion, however, will be granted as to the
chapter 7 trustee, who has filed a no asset report conceding
that the estate has no interest in the property.

Accordingly, an appropriate order will issue.


Dated: December 14, 2005


_____
UNITED STATES BANKRUPTCY JUDGE

3

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

William & Sharon Lee
9087 Brown Road
Elk Grove, CA 95624

Michael E. O'Neal
1565 River Park Dr. #A
Sacramento, CA 95815

Michael F, Burkart
5150 Fair Oaks Blvd #101-185
Carmichael, CA 95608

Mary Ellmann Tang
3700 Mount Diablo Blvd. Ste 200
Lafayette, CA 94549

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814

Dated:  12-22-05

_Sabine Beer_
Deputy Clerk